# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# ELKINS

**MEGAN EILEEN DUNIGAN,**

    Plaintiff,

v.
                                      **CIVIL ACTION NO. 2:17-CV-40**
                                      **(BAILEY)**

**LT. BRIAN PURKEY, et al.,**

    Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day, the above-styled matter came before this Court for consideration of the Report and Recommendation of United States Magistrate Judge Michael J. Aloi [Doc. 81]. Pursuant to this Court's Local Rules, this action was referred to Magistrate Judge Aloi for submission of a proposed report and a recommendation ("R&R"). Magistrate Judge Aloi filed his R&R on July 25, 2018, wherein he recommends the plaintiff's Complaint be dismissed with prejudice for failure to state a claim upon which relief can be granted.

Pursuant to 28 U.S.C. § 636(b)(1)(c), this Court is required to make a *de novo* review of those portions of the magistrate judge's findings to which objection is made. However, the Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. **Thomas v. Arn**, 474 U.S. 140, 150 (1985). In addition, failure to file timely objections constitutes a waiver of *de novo*

1

review and the right to appeal this Court's Order. 28 U.S.C. § 636(b)(1); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984). Here, objections to Magistrate Judge Aloi's R&R were due within fourteen (14) days of receipt, pursuant to 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b). The docket indicates the plaintiff accepted service on August 3, 2018 [Doc. 82]. To date, plaintiff has not filed any objections. Accordingly, this Court will review the R&R for clear error.

## Conclusion

Upon careful review of the above, it is the opinion of this Court that the **Report and Recommendation [Doc. 81]** should be, and is, hereby **ORDERED ADOPTED** for the reasons more fully stated in the magistrate judge's report. Accordingly, this Court **ORDERS** that defendants Morgan, Givens, Zummo, Moore, Patrick, Frederick, Purkey, Root, and Silvester's Motion to Dismiss **[Doc. 42]** be **GRANTED**; defendants Fazzini and Quinn's Motion to Dismiss, construed as a Motion for Summary Judgment **[Doc. 60]** be **GRANTED**; defendant Wilfong's Motion to Dismiss, construed as a Motion for Summary Judgment **[Doc. 61]** be **GRANTED**; defendant Rogers' Motion to Dismiss, construed as a Motion for Summary Judgment **[Doc. 62]** be **GRANTED**; and that Plaintiff's Complaint **[Doc. 1]** be **DISMISSED WITH PREJUDICE**. This Court further **DIRECTS** the Clerk to enter judgment in favor of the defendants and to **STRIKE** this case from the active docket of this Court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to any counsel of record and to mail a copy to the *pro se* plaintiff.

**DATED:** August 23, 2018.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE